**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:08-mc-00293    Document 1    Filed 07/29/2008    Page 1 of 1